# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PURDUE PHARMA L.P. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:03CV966(AWT) |
| ) | |
| vs. ) | |
| ) | |
| ETHEX CORPORATION ) | |
| ) | |
| Defendant. ) | January 21, 2004 |
| ) | |

## MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff, Purdue Pharma L.P. hereby respectfully moves for entry of the Stipulated Protective Order, attached hereto.  Plaintiff and Defendant, Ethex Corporation have stipulated to and executed the Order.

                          PURDUE PHARMA L.P.

                        by _____
                            Matthew J. Becker (ct10050)
                            mjbecker@dbh.com
                            James Mahanna (ct24681)
                            jmahanna@dbh.com
                            DAY, BERRY & HOWARD LLP
                            CityPlace I
                            Hartford, CT  06103-3499
                            Tel:  (860) 275-0100
                            Fax:  (860) 275-034
                            Attorneys for Plaintiff

                            OF COUNSEL:
                            Herbert F. Schwartz (ct08107)
                            Susan Progoff (ct25186)
                            Shawn McDonald (ct25187)
                            FISH & NEAVE
                            1251 Avenue of the Americas
                            New York, New York 10020
                            (212) 596-9000

**ORAL ARGUMENT IS NOT REQUESTED**

## **CERTIFICATION**

       THIS IS TO CERTIFY that a copy of the foregoing Notice of Appearance was mailed, first class mail, postage prepaid, on this 21st day of January, 2004, to:

William Wade Kaliff
Glenn E. Coe
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT  06103-3101
(860) 549-1000

Thomas C. Morrison
Naomi J. Schrag
PATTERSON, BELKNAP, WEBB & TYLER
113 Avenue of the Americas
New York, NY  10036-6710
(212) 336-2000

                                                                 _____
                                                                      James Mahanna