UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PURDUE PHARMA L.P. | ) | CIVIL ACTION NO. 3:03CV966(AWT) |
| Plaintiff, | ) | |
| vs. | ) | |
| ETHEX CORPORATION | ) | |
| Defendant. | ) | APRIL 26, 2004 |

### JOINT MOTION FOR EXTENSION OF DEADLINES

Pursuant to Federal Rules of Civil Procedures 6(b) and 26, and Local Rule of Civil Procedure 7(b), the parties hereby respectfully move for an extension of the Rule 26(f) Report in this matter (see Revised Rule 26(f) Report attached hereto as Ex. A). The following chart provides a summary of the requested extensions.

| Task | Rule 26(f) Paragraph No. | Original Deadline | Revised Deadline |
|---|---|---|---|
| All Discovery Complete | V.E.2. | October 29, 2004 | December 3, 2004 |
| Fact Discovery Complete | V.E.3. | April 30, 2004 | June 11, 2004 |
| Expert Discovery Commence | V.E.3. | May 31, 2004 | July 16, 2004 |
| Expert Discovery Complete | V.E.3. | October 29, 2004 | December 3, 2004 |
| Deposition of Fact Witnesses Complete | V.E.5. | April 30, 2004 | June 11, 2004 |
| Reports of Experts of Party Having Burden | V.E.7. | May 31, 2004 | July 16, 2004 |
| Deposition of Experts of Party Having Burden Commence | V.E.7. | May 31, 2004 | July 16, 2004 |
| Deposition of Experts of Party Having Burden Complete | V.E.7. | July 30, 2004 | September 17, 2004 |

**ORAL ARGUMENT IS NOT REQUESTED**

*GRANTED. The deadline for discovery will be December 3, 2004. The deadline for filing dispositive motions will be January 14, 2005. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.*

*Alvin W. Thompson*