**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| PURDUE PHARMA L.P. | ) | CIVIL ACTION NO. 3:03CV966(AWT) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ETHEX CORPORATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | JULY 7, 2004 |

**JOINT MOTION FOR 45 DAY STAY OF ALL PROCEEDINGS**

Plaintiff, Purdue Pharma L.P. and Defendant, Ethex Corporation respectfully move for a

45-day stay of all proceedings.  In support of their motion, the parties states as follows:

1.      The parties have engaged in private settlement negotiations and, as a result, have

agreed to a settlement of this matter in principle.

2.      The parties need to conduct certain analyses to determine whether the proposed

agreement is feasible, and believe that these analyses will require approximately 45 days to

complete.

3.      Under the present Scheduling Order, certain expert witness reports and damages

analyses are due on July 16, 2004.  Certain expert depositions may commence thereafter.  The

parties wish to avoid the expense of proceeding with the production of expert witness reports,

damages analyses and expert witness depositions during the pendency of this settlement.

**ORAL ARGUMENT NOT REQUESTED**

WHEREFORE, Plaintiff, Purdue Pharma L.P. and Defendant, Ethex Corporation respectfully request that all proceedings in this action be stayed for a period of 45 days. Alternatively, the parties request that all deadlines in the controlling Scheduling Order be extended by 45 days.

PURDUE PHARMA L.P.                          ETHEX CORPORATION


By _____          By_____
Matthew J. Becker (ct10050)                 William W. Kaliff (ct03565)
mjbecker@dbh.com                            wkaliff@rms-law.com
James Mahanna (ct24681)                     Glenn E. Coe (ct05372)
jmahanna@dbh.com                            gcoe@rms-law.com
DAY, BERRY & HOWARD LLP                      ROME MCGUIGAN, P.C.
CityPlace I                                 One State Street
Hartford, CT 06103-3499                      Hartford, CT 06103
Telephone:  (860) 275-0100                   Telephone:  (860) 549-1000
Facsimile:  (860) 275-0343                   Facsimile:  (860) 724-3291
Attorneys for Plaintiff                      Attorneys for Defendant

Herbert F. Schwartz (ct08107)               Thomas C. Morrison (ct00646)
Susan Progoff (ct25186)                     Naomi J. Schrage (ct25002)
Shawn McDonald (ct25187)                    PATTERSON, BELKNAP, WEBB & TYLER
FISH & NEAVE                                113 Avenue of the Americas
1251 Avenue of the Americas                 New York, NY  10036-6710
New York, New York 10020                     (212) 336-2000
(212) 596-9000

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed, first class mail, postage prepaid, this date to:

William W. Kaliff
Glenn E. Coe
ROME MCGUIGAN SABANOSH
One State St.
13th Floor
Hartford, CT   06103-3101
(860) 549-1000

Thomas C. Morrison
Naomi J. Schrag
PATTERSON, BELKNAP, WEBB & TYLER
113 Avenue of the Americas
New York, NY   10036-6710
(212) 336-2000


_____
James Mahanna