

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PURDUE PHARMA L.P.<br><br>Plaintiff,<br><br>vs.<br><br>ETHEX CORPORATION<br><br>Defendant. | ) CIVIL ACTION NO. 3:03CV966(AWT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) JULY 7, 2004 |

**FILED 2004 JUL -7 P 3:52 U.S. DISTRICT COURT HARTFORD, CT**

### JOINT MOTION FOR 45 DAY STAY OF ALL PROCEEDINGS

Plaintiff, Purdue Pharma L.P. and Defendant, Ethex Corporation respectfully move for a 45-day stay of all proceedings. In support of their motion, the parties states as follows:

1.  The parties have engaged in private settlement negotiations and, as a result, have agreed to a settlement of this matter in principle.

2.  The parties need to conduct certain analyses to determine whether the proposed agreement is feasible, and believe that these analyses will require approximately 45 days to complete.

3.  Under the present Scheduling Order, certain expert witness reports and damages analyses are due on July 16, 2004. Certain expert depositions may commence thereafter. The parties wish to avoid the expense of proceeding with the production of expert witness reports, damages analyses and expert witness depositions during the pendency of this settlement.

**ORAL ARGUMENT NOT REQUESTED**

GRANTED. The case is hereby STAYED for 45 days. The parties shall file a joint status report on August 31, 2004 if the case has not settled. It is so ordered.

Alvin W. Thompson U.S.D.J.
7/17/2004
Hartford, CT