UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PURDUE PHARMA L.P. ) | CIVIL ACTION NO. 3:03CV966(AWT) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ETHEX CORPORATION ) | |
| ) | |
| Defendant. ) | |
| ) | AUGUST 31, 2004 |

**JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL
30-DAY STAY OF ALL PROCEEDINGS**

  This Joint Status Report is submitted in response to the Court's Order of July 17, 2004 pursuant to which this case was stayed for 45 days to permit the parties to discuss settlement. Since then, the parties have tentatively agreed upon many of the terms of a settlement and have exchanged several drafts of a settlement agreement. Notwithstanding said good faith efforts to resolve this matter during the 45-day stay, there remain a few substantive issues that need to be negotiated further. Details of implementing the proposed settlement have been more time consuming than the parties originally anticipated.

  The parties believe that they have made substantial progress toward resolving this case and that an extension for 30 days of the current stay would likely be sufficient to conclude a

settlement if the few outstanding issues can be resolved. Accordingly, the parties jointly request that the current stay of proceedings be extended for an additional 30 days.

| PURDUE PHARMA L.P. | ETHEX CORPORATION |
|---|---|
| By *James Mahanna (with permission of William Kaliff)* | By *William Kaliff* |
| Matthew J. Becker (ct10050) | William Wade Kaliff (ct03565) |
| mjbecker@dbh.com | wkaliff@rms-law.com |
| James Mahanna (ct24681) | Glenn E. Coe (ct05372) |
| jmahanna@dbh.com | gcoe@rms-law.com |
| DAY, BERRY & HOWARD LLP | ROME MCGUIGAN SABANOSH, P.C. |
| CityPlace I | One State Street |
| Hartford, CT 06103-3499 | Hartford, CT 06103 |
| Telephone: (860) 275-0100 | Telephone: (860) 549-1000 |
| Facsimile: (860) 275-0343 | Facsimile: (860) 724-3291 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Herbert F. Schwartz (ct08107) | Thomas C. Morrison (ct00646) |
| Susan Progoff (ct25186) | Naomi J. Schrag (ct25002) |
| FISH & NEAVE | PATTERSON, BELKNAP, WEBB & TYLER |
| 1251 Avenue of the Americas | 113 Avenue of the Americas |
| New York, New York 10020 | New York, NY 10036-6710 |
| (212) 596-9000 | (212) 336-2000 |