UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 SEP -2  A 9: 17

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| PURDUE PHARMA L.P.<br><br>Plaintiff,<br><br>vs.<br><br>ETHEX CORPORATION<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO. 3:03CV966(AWT)

United States District Court
District of Connecticut
FILED AT        HARTFORD

8/31                    2004
Kevin F. Rowe, Clerk

By

Deputy Clerk

AUGUST 31, 2004

## JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL
## 30-DAY STAY OF ALL PROCEEDINGS

This Joint Status Report is submitted in response to the Court's Order of July 17, 2004 pursuant to which this case was stayed for 45 days to permit the parties to discuss settlement. Since then, the parties have tentatively agreed upon many of the terms of a settlement and have exchanged several drafts of a settlement agreement. Notwithstanding said good faith efforts to resolve this matter during the 45-day stay, there remain a few substantive issues that need to be negotiated further. Details of implementing the proposed settlement have been more time consuming than the parties originally anticipated.

The parties believe that they have made substantial progress toward resolving this case and that an extension for 30 days of the current stay would likely be sufficient to conclude a

GRANTED. The case shall remain STAYED until October 8, 2004. The parties shall file a joint status report on September 30, 2004. It is so ordered, if the case has not settled.

Alvin W. Thompson, U.S.D.J.

FILED

2004 SEP 17  P 3: 06

U.S. DISTRICT COURT
HARTFORD, CT.