UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| PURDUE PHARMA L.P. | ) |
| Plaintiff, | ) Civil Action No. 3:03CV966(AWT) |
| vs. | ) |
| ETHEX CORPORATION | ) |
| Defendant. | ) January 21, 2004 |

## MOTION FOR ENTRY OF
## STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff, Purdue Pharma L.P. hereby respectfully moves for entry of the Stipulated Protective Order, attached hereto. Plaintiff and Defendant, Ethex Corporation have stipulated to and executed the Order.

PURDUE PHARMA L.P.

by _____
Matthew J. Becker (ct10050)
mjbecker@dbh.com
James Mahanna (ct24681)
jmahanna@dbh.com
DAY, BERRY & HOWARD LLP
CityPlace I
Hartford, CT 06103-3499
Tel: (860) 275-0100
Fax: (860) 275-034
Attorneys for Plaintiff

OF COUNSEL:
Herbert F. Schwartz (ct08107)
Susan Progoff (ct25186)
Shawn McDonald (ct25187)
FISH & NEAVE
1251 Avenue of the Americas
New York, New York 10020
(212) 596-9000

**ORAL ARGUMENT IS NOT REQUESTED**

GRANTED. The Protective Order Under Rule 26(c) attached as Exhibit A is hereby APPROVED. It is so ordered.

Alvin W. Thompson, Hartford, CT   1/30/2004