## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PURDUE PHARMA L.P.,

                      Plaintiff,

                v.

ETHEX CORPORATION,

                      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 3:03 CV 966 (AWT)

October 1, 2004

## STIPULATION AND ORDER

It is hereby agreed to by and between the undersigned that the action as against defendant ETHEX Corporation is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees, except that this Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement resolving the litigation between the parties..

PURDUE PHARMA L.P.                              ETHEX CORPORATION


By _____              By _____
Matthew J. Becker (ct10050)                     William W. Kaliff (ct03565)
mjbecker@dbh.com                                wkaliff@rms-law.com
James Mahanna (ct24681)                         Glenn E. Coe (ct05372)
jmahanna@dbh.com                                gcoe@rms-law.com
DAY, BERRY & HOWARD LLP                         ROME MCGUIGAN, P.C.
CityPlace I                                     One State Street
Hartford, CT 06103-3499                         Hartford, CT 06103
Telephone:  (860) 275-0100                      Telephone:  (860) 549-1000
Facsimile:  (860) 275-0343                      Facsimile:  (860) 724-3291

| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
|---|---|
| Herbert F. Schwartz (ct08107)<br>Susan Progoff (ct25186)<br>FISH & NEAVE<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 596-9000 | Thomas C. Morrison (ct00646)<br>Naomi J. Schrag (ct25002)<br>PATTERSON, BELKNAP, WEBB & TYLER<br>1133 Avenue of the Americas<br>New York, NY  10036-6710<br>Telephone:  (212) 336-2000<br>Facsimile:  (212) 336-2222 |

SO ORDERED:

Dated:                                              _____
United States District Judge