FILED

2004 OCT -4 P 3: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| PURDUE PHARMA L.P. | ) | CIVIL ACTION NO. 3:03CV966(AWT) |
| Plaintiff, | ) | |
| vs. | ) | |
| ETHEX CORPORATION | ) | |
| Defendant. | ) | |
| | ) | OCTOBER 4, 2004 |

**EXPEDITED MOTION AND STIPULATION FOR SEALING OF SETTLEMENT AGREEMENT FILED WITH STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between PLAINTIFF PURDUE PHARMA L.P. ("Plaintiff") and DEFENDANT ETHEX CORPORATION ("Defendant"), through their respective undersigned counsel, and, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the parties hereby move that the court immediately seal the Settlement Agreement filed on October 1, 2004 in connection with the parties' Stipulation and Order. In support hereof, the parties represent as follows:

1. That on October 1, 2004, the parties filed a Stipulation and Order with the court whereby the parties agreed, *inter alia*, that all claims asserted against Defendant were dismissed with prejudice and that the court

would retain jurisdiction to enforce the terms of the Settlement Agreement entered into by the parties;

2. That as part of the filing of the Stipulation and Dismissal, the Settlement Agreement was inadvertently attached thereto and was not filed under seal pursuant to the Protective Order entered in this matter or otherwise;

3. That pursuant to Paragraph 9 of the Settlement Agreement, the terms of the Settlement Agreement are to be maintained as strictly confidential;

4. That based on the inadvertent filing of the Settlement Agreement with the Stipulation and Order, the Settlement Agreement is, at present, a part of the public record; and

5. That, further, the Settlement Agreement should be designated "Confidential" and filed under seal pursuant to paragraph (17) of the Protective Order entered by this court (Thompson, J.) on January 30, 2004.

Based on the foregoing, the parties hereby stipulate and move the court to immediately place the Settlement Agreement previously filed with the Stipulation and Order under seal so as to maintain the confidentiality thereof and to prohibit unauthorized access thereto, which is/was the intent of the parties.

Dated at Hartford, Connecticut this 4th day of October, 2004.

| PURDUE PHARMA L.P. | ETHEX CORPORATION |
|---|---|
| By /s/ James Mahanna (with permission)(will-w) | By /s/ William Kaliff |
| Matthew J. Becker (ct10050) | William W. Kaliff (ct03565) |
| mjbecker@dbh.com | wkaliff@rms-law.com |
| James Mahanna (ct24681) | Glenn E. Coe (ct05372) |
| jmahanna@dbh.com | gcoe@rms-law.com |
| DAY, BERRY & HOWARD LLP | ROME MCGUIGAN, P.C. |
| CityPlace I | One State Street |
| Hartford, CT 06103-3499 | Hartford, CT 06103 |
| Telephone: (860) 275-0100 | Telephone: (860) 549-1000 |
| Facsimile: (860) 275-0343 | Facsimile: (860) 724-3291 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Herbert F. Schwartz (ct08107) | Thomas C. Morrison (ct00646) |
| Susan Progoff (ct25186) | Naomi J. Schrag (ct25002) |
| FISH & NEAVE | PATTERSON, BELKNAP, WEBB & TYLER |
| 1251 Avenue of the Americas | 113 Avenue of the Americas |
| New York, New York 10020 | New York, NY 10036-6710 |
| (212) 596-9000 | (212) 336-2000 |

## ORDER

The foregoing Stipulation and Motion having been presented to the court, it is hereby ORDERED that the Settlement Agreement in the above-referenced action shall immediately be sealed.

Dated: _____

United States District Court Judge

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was served via first class U.S. mail, postage prepaid, on this 4th day of October, 2004, to the following counsel:

Francis H. Morrison III
Matthew J. Becker
James Mahanna
Karen A. Moreno
Day, Berry & Howard LLP
CityPlace I
Hartford, CT 06103-3499

Herbert F. Schwartz
Susan Progoff
Kristen L. Fancher
FISH & NEAVE
1251 Avenue of the Americas
New York, NY 10020

_____
William W. Kaliff

12117-1//385927.01