03CV966 STP

FILED

2004 OCT -4 P 3: 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT COURT
HARTFORD, CT.

| | |
|---|---|
| PURDUE PHARMA L.P. ) | CIVIL ACTION NO. 3:03CV966(AWT) |
| Plaintiff, ) | |
| vs. ) | |
| ETHEX CORPORATION ) | |
| Defendant. ) | OCTOBER 4, 2004 |

**EXPEDITED MOTION AND STIPULATION FOR SEALING OF SETTLEMENT AGREEMENT FILED WITH STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between PLAINTIFF PURDUE PHARMA L.P. ("Plaintiff") and DEFENDANT ETHEX CORPORATION ("Defendant"), through their respective undersigned counsel, and, pursuant to Rule 7(b) of the Federal Rules of Civil Procedure, the parties hereby move that the court immediately seal the Settlement Agreement filed on October 1, 2004 in connection with the parties' Stipulation and Order. In support hereof, the parties represent as follows:

1. That on October 1, 2004, the parties filed a Stipulation and Order with the court whereby the parties agreed, *inter alia*, that all claims asserted against Defendant were dismissed with prejudice and that the court

---

GRANTED in part and DENIED in part. The parties represent that the settlement agreement was inadvertently attached to the stipulation and order of dismissal (Doc. No. 29) filed on October 1, 2004 and that the parties did not intend to file the settlement agreement. Accordingly, the Clerk is hereby ordered to strike the settlement agreement from the docket (including the electronic link to the on-line PDF version of the document), detach it from the stipulation and order of dismissal, and return the document to the plaintiff's counsel. It is so ordered.

Alvin W. Thompson, U.S.D.J.    Hartford, CT    10/7/04

2004 OCT -7 A 8: 26
U.S. DISTRICT COURT
HARTFORD, CT.