EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------X
PURDUE PHARMA L.P.,                        : Index No. 3:03 CV 966 (AWT)
:
                    Plaintiff,             :
:
            v.                             :
:
ETHEX CORPORATION,                         :
:
                    Defendant.             : _October 1,_ 2004
:
------------------------------X

**STIPULATION AND ORDER**

It is hereby agreed to by and between the undersigned that the action as against defendant ETHEX Corporation is dismissed with prejudice, with each party to bear its own costs, expenses and attorney's fees, except that this Court retains jurisdiction over the parties for the purpose of enforcing the Settlement Agreement resolving the litigation between the parties..

| PURDUE PHARMA L.P. | ETHEX CORPORATION |
|---|---|
| By _____ | By _____ |
| Matthew J. Becker (ct10050) | William W. Kaliff (ct03565) |
| mjbecker@dbh.com | wkaliff@rms-law.com |
| James Mahanna (ct24681) | Glenn E. Coe (ct05372) |
| jmahanna@dbh.com | gcoe@rms-law.com |
| DAY, BERRY & HOWARD LLP | ROME MCGUIGAN, P.C. |
| CityPlace I | One State Street |
| Hartford, CT 06103-3499 | Hartford, CT 06103 |
| Telephone: (860) 275-0100 | Telephone: (860) 549-1000 |
| Facsimile: (860) 275-0343 | Facsimile: (860) 724-3291 |
| _Attorneys for Plaintiff_ | _Attorneys for Defendant_ |

**APPROVED and SO ORDERED.**

_____
ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    11/12/04